AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> CHRISTINA TRAUGH, ) <br> *Defendant* ) | Case No. 1:23-cr-00212-RCL |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT CHRISTINA TRAUGH                                                                                     .

Date:   07/02/2023

*/s/ John M. Pierce*
*Attorney's signature*

John M. Pierce
*Printed name and bar number*

JOHN PIERCE LAW P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
*Address*

JPierce@johnpiercelaw.com
*E-mail address*

(213) 400-0725
*Telephone number*

*FAX number*