**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No. 23-cr-212 (RCL)** |
| **CHRISTINA TRAUGH,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION TO SCHEDULE PLEA HEARING**
**FOLLOWING DEFENDANT'S ARRAIGNMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to schedule a plea hearing following defendant Christina Traugh's arraignment, which is currently set for July 19, 2023, at 2:00 p.m. The defendant has accepted the government's plea offer and signed the corresponding paperwork. The paperwork has since been sent to chambers. Counsel for the government and defendant agree that this matter may still be held via Zoom.

Wherefore, the government respectfully requests that this Court grant the motion for a plea hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: */s/ Madison Mumma*
    Madison Mumma
    Trial Attorney (Detailee)
    N.C. Bar Number 56546
    madison.mumma2@usdoj.gov
    (202) 436-8603

1

## CERTIFICATE OF SERVICE

On July 17, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                  */s/ Madison Mumma*
                                                 Madison Mumma
                                                 Trial Attorney (Detailee)
                                                 N.C. Bar Number 56546
                                                 madison.mumma2@usdoj.gov
                                                 (202) 436-8603